**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SUSAN E. BATES,

    Plaintiff,

v.                                              Case No: 8:13-cv-2833-T-30TGW

NEXTECH SYSTEMS, LLC,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation and Joint Motion for Dismissal With Prejudice (Dkt. #14). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Dismissal With Prejudice (Dkt. #14) is GRANTED.

2. This cause is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of January, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-2833 dismiss 14.docx